# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE FLORES-MEDINA** | : | CIVIL ACTION |
| *Petitioner, pro se* | : | |
| | : | |
| v. | : | NO. 20-5712 |
| | : | |
| **KEVIN KAUFFMAN,** *et al.* | : | |
| *Respondents* | : | |

# ORDER

**AND NOW**, this 7th day of October 2022, upon consideration of Petitioner Jose Flores-Medina's ("Petitioner") *pro se* petition for a writ of *habeas corpus*, [ECF 1], Respondents' response in opposition, [ECF 10], the state court record, the *Report and Recommendation* issued by United States Magistrate Judge Richard A. Lloret, which recommended that the petition for a writ of *habeas corpus* be denied in its entirety, [ECF 14], Petitioner's *pro se* objections, [ECF 18], and after conducting a *de novo* review of the objections, it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**, as modified consistent with the reasons set forth in the Memorandum Opinion;
2. The objections to the *Report and Recommendation* are **OVERRULED;**
3. No evidentiary hearing is deemed necessary;
4. Petitioner's petition for a writ of *habeas corpus* is **DENIED**;
5. No probable cause exists to issue a certificate of appealability; and
6. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*